Generated: Mar 28, 2025 1:29PM



# U.S. District Court

## Texas Western - El Paso

Receipt Date: Mar 28, 2025 1:29PM

Jorge Antonio Alvidrez
3125 Crown Rock Dr.
El Paso, TX 79938

Rcpt. No: 3200 Trans. Date: Mar 28, 2025 1:29PM Cashier ID: #MV (2214)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #19-651237946 | 03/28/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: Civil case 3:25-cv-104-LS Alvidrez v. Remedy Tax Solutions LLC