**FILED**
February 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **JORGE ALVIDREZ**<br>**3125 Crown Rick Dr.**<br>**El Paso, TX 79938**<br>**Plaintiff**<br><br>v.<br><br>**REMEDY TAX SOLUTIONS LLC**<br>**c/o Sharif S. Abdelfattah**<br>**5 Park, Plaza**<br>**Irvine, California 92614**<br><br>**Defendant** | No. 3:25-cv-00104-LS |

**NOTICE OF VOLUTARY DISMISSAL OF CLAIMS**

Plaintiff Jorge Alvidrez files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Remedy Tax Solutions Inc. are dismissed **without** prejudice.

Dated: 02/23/2026

Respectfully submitted,

/s/ Jorge Alvidrez

Jorge Alvidrez
Plaintiff, Pro Se
3125 Crown Rock Dr
El Paso, TX 79938
915-215-9245
Jorgealvidrez95@gmail.com