**RECEIVED**
February 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**JORGE ALVIDREZ**
**3125 Crown Rick Dr.**
**El Paso, TX 79938**
**Plaintiff**

v.

**REMEDY TAX SOLUTIONS LLC**
**c/o Sharif S. Abdelfattah**
**5 Park, Plaza**
**Irvine, California 92614**

**Defendant**

No. 3:25-cv-00104-LS

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Remedy Tax Solutions LLC, it is this,

_____ day of _______________, 2026,

ORDERED that Plaintiff's Motion to Dismiss without prejudice only against Defendant be and is hereby

**GRANTED**

**SO ORDERED**

_______________________________
**JUDGE LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**